IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS WELFARE AND )
PENSION FUNDS, )
)
        Plaintiffs, )
) No. 08 C 7311
  v. )
) Judge Lefkow
JAAD TRUCKING, INC., )
an Illinois corporation, ) Magistrate Judge Denlow
)
        Defendant. )

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for entry of a default judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

    1.    Suit was filed on December 22, 2008 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

    2.    Service upon JAAD TRUCKING, INC., an Illinois corporation was made on the Defendant on January 2, 2009, and a copy of the proof of service was filed with the court on January 8, 2009.

    3.    Defendant is now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

        $18,561.40 Welfare
         $9,324.03 Pension
           $925.00 Attorneys fees
           $532.00 Court costs
        $29,342.43

WHEREFORE, Plaintiff prays for:

1. Entry of judgment against Defendant, JAAD TRUCKING, INC., an Illinois corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $29,342.43.

> TRUSTEES OF THE SUBURBAN TEAMSTERS
> OF NORTHERN ILLINOIS WELFARE AND
> PENSION FUNDS
>
> s/John J. Toomey
> ARNOLD AND KADJAN
> 19 W. Jackson Blvd., Suite 300
> Chicago, IL 60604
> Telephone No.: (312) 236-0415
> Facsimile No.: (312) 341-0438
> Dated: April 23, 2009